3 So.2d 572

### Riley McHUGH v. STATE.

#### 8 Div. 145.

Supreme Court of Alabama.

July 29, 1941.

Thos. S. Lawson, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the petition.

Beddow, Ray & Jones, of Birmingham, opposed.

THOMAS, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of McHugh v. State, 3 So.2d 569, wherein a judgment of conviction for manslaughter in the first degree was reversed.

Writ denied.

All the Justices concur, except KNIGHT, J., not sitting.